IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTEC, INC., | No. C-05-0791 MEJ |
| Plaintiff, | |
| vs. | NOTICE OF REFERRAL AND ORDER OF CASE MANAGEMENT CONFERENCE |
| THERMAL TAKE, INC., ET AL., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena James for Trial. All future filings shall reflect the initials "MEJ" after the case number, as designated above. Please conform your filings accordingly.

The Northern District of California Revised Civil Local Rules (revised December 2004) shall apply to this case. Copies of these rules may be obtained in the District Court Clerk's's Office. Copies may also be obtained through the mail by directing a letter of request and a self-addressed stamped enveloped (with $3.00 postage) to the Clerk's office, 450 Golden Gate Avenue, P.O. Box 36060, San Francisco, California, 94102.

<u>YOU ARE HEREBY NOTIFIED and ORDERED, pursuant to Civil L.R. 16-14, to appear for a case management pretrial conference on October 27, 2005 at 10:00 a.m. in Courtroom B, 450 Golden Gate, 15th Floor, San Francisco, CA  94102.</u>  The parties are ordered to <u>lodge</u> their <u>joint</u> case management statement and proposed case management order, a copy of which is enclosed herewith, with

the Clerk of the Court ten days prior to the case management conference.

IT IS FURTHER ORDERED THAT Plaintiff shall serve a copy of this Notice of Referral & Order of Case Management Conference and copy of the joint case management statement/case management order on all Defendant subsequently joined.

IT IS SO ORDERED.

Dated:  September 18, 2005

MARIA-ELENA JAMES
United States Magistrate Judge