Jen-Feng Lee, SBN 204328
Law Offices of J. F. Lee
17800 Castleton St., #383
City of Industry, CA 91748
T: 626-810-7200
jflee@ipfirm.us

Attorneys for Defendants
Thermaltake, Inc.
Mad Dog Multimedia, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ANTEC, INC., a California corporation, | CASE NO. C05-00791 MEJ |
| Plaintiff, | **Notice of Settlement** |
| vs. | **ORDER VACATING ALL FUTURE DATES AND ORDER DIRECTING PARTIES TO FILE A STIPULATION FOR DISMISSAL** |
| THERMALTAKE, INC., a California corporation, MAD DOG MULTIMEDIA, INC., a California corporation, and THERMALMASTERS INC., a California corporation, | Action filed: 2/23/2005 |
| Defendants. | |
| -------------------------------------------- | |
| THERMALTAKE, INC., a California corporation, | |
| CounterClaimant, | |
| vs. | |
| ANTEC, INC., a California corporation, | |
| CounterDefendant. | |

**Notice of Settlement**

TO THE HONORABLE MARIA-ELENA JAMES:

Responding to inquiry from the Court, and pursuant to a phone conference between counsel for all parties, in the afternoon of June 8, 2006, counsel for Defendants respectively report to the Court that the above-entitled action ("Action") <u>has reached global settlement among all parties</u>.

Parties have agreed to a confidential settlement and are in the process of exchanging settlement documents for full and complete execution.

It is expected that a <u>Stipulated Dismissal of Entire Action</u> will be filed to the Court <u>in forty-five (45) days</u>.

DATE: JUNE 9, 2006                                          RESPECTFULLY,

*[signature]*

Jen-Feng (Jeff) Lee
Attorney for Defendants
Thermaltake, Inc.
Mad Dog Multimedia, Inc.

Based on the above representation, the Court hereby VACATES ALL FURTURE dates. The parties, however, are directed to submit a stipulation for dismissal in order to close the case file.

**IT IS SO ORDERED.**

Dated: June 12, 2006



Judge Maria-Elena James
United States District Court, Northern District of California

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 17800 Castleton Street, Suite 383, Industry, CA 91748.

On June 9, 2006, I served the foregoing documents: **Notice of Settlement (C05-00791 MEJ)**

[X] **BY MAIL and e-Mail:**

I placed the document(s) listed above in a sealed envelope with postage fully prepaid, and deposited in the United States Mail at City of Industry, California addressed as set forth below. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**Lael D. Andara, Esq.**
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA  94063
Fax:   (650) 780-1701
**landara@ropers.com**

[ ] BY PERSONAL SERVICE:

I caused to be delivered via Messenger of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] BY FACSIMILE TRANSMISSION:

I caused to be transmitted via facsimile the document(s) listed above from fax machine no. (626) 810-7300 to the fax number(s) set forth above on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 9, 2006 at City of Industry, California.

Jen-Feng (Jeff) Lee