Jen-Feng Lee, SBN 204328
Law Offices of J. F. Lee
17800 Castleton St., #383
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendants
Thermaltake, Inc. and
Mad Dog Multimedia, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
San Francisco Division

| ANTEC, INC., a California corporation, Plaintiff, vs. THERMALTAKE, INC., a California corporation, MAD DOG MULTIMEDIA, INC., a California corporation, and THERMALMASTERS INC., a California corporation, Defendants. | CASE NO. C 05-00791 MEJ |
|---|---|
| AND ALL RELATED ACTIONS. | **STIPULATION OF DISMISSAL, and ~~[proposed]~~ ORDER CLOSING FILE** <br> **Judge: Hon. Maria-Elena James** |

///
///
///
///
///
///
///
///

Law Offices of J.F. Lee
17800 Castleton St., Ste. 383
City of Industry, CA 91748
(626) 810-7200

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the entire action be dismissed with ***prejudice***, pursuant to FRCP 41(a)(1), each side to bear own costs and fees.

Dated: July 3rd, 2006

**Ropers Majeski Kohn & Bentley**

Robert Andris, Lael Andara
Attorney for Plaintiff/Cross-Defendant
Antec, Inc.

Dated: June 30, 2006

**Law Offices of J.F. Lee**

Jen-Feng (Jeff) Lee
Attorney for Defendants/Cross-complainant
THERMALTAKE, INC. AND
MAD DOG MULTIMEDIA, INC.

Pursuant to the Parties' stipulation, the Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: July 6, 2006

**Hon. Ma**
U.S. Distr... ND California

Law Offices of J.F. Lee
17800 Castleton St., Ste. 383
City of Industry, CA 91748
(626) 810-7200